**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **1008 3rd Ave, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-1753753** |
| 4. | **Debtor's address** | **Principal place of business** **2019 Villa Dr, 203** **Bay Point, CA 94565** Number, Street, City, State & ZIP Code  **Contra Costa** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** **1008 3rd Ave Napa, CA 94558** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

| Debtor | **1008 3rd Ave, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 2

Debtor  **1008 3rd Ave, LLC**        Case number (*if known*) _____
          Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49                    ☐ 1,000-5,000            ☐ 25,001-50,000
☐ 50-99                   ☐ 5001-10,000            ☐ 50,001-100,000
☐ 100-199                 ☐ 10,001-25,000          ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

■ $0 - $50,000                ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000                ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

| Debtor | 1008 3rd Ave, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 19, 2020**
MM / DD / YYYY

X **/s/ Daryl Sibbitt**          **Daryl Sibbitt**
Signature of authorized representative of debtor          Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ E. Vincent Wood**          Date **November 19, 2020**
Signature of attorney for debtor          MM / DD / YYYY

**E. Vincent Wood**
Printed name

**The Law Offices of E. Vincent Wood**
Firm name

**1501 N. Broadway, Suite 261**
**Walnut Creek, CA 94596**
Number, Street, City, State & ZIP Code

Contact phone  **(925) 278-6680**          Email address  **vince@woodbk.com**

**297132 CA**
Bar number and State

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Artisan Homes** william@artisanhomeconstruction.com | | **Unpaid Invoice for Demo work: Lawsuit filed against Mike Gianni, Touch Plate Properties, Previous title to the property/project. This work was perform** | | | | $41,840.00 |
| **Toorak Capital Partners, LLC** c/o BSI Financial Services 314 Franklin St., 2nd Floor Titusville, PA 16354 | | | | $2,086,135.75 | $0.00 | $2,086,135.75 |

Artisan Homes
william@artisanhomeconstruction.com


Assured Lender Services, Inc.
111 Pacifica, Suite 140
Irvine, CA 92618


Kensington Fund
c/o Alex Arriga
[EMAIL ONLY: alex@kensingtonfund.com]


Kensington Fund
c/o Tom Braegelmann
1999 South Bascom Ave, Seventh Floor
Campbell, CA 95008


Toorak Capital Partners, LLC
c/o BSI Financial Services
314 Franklin St., 2nd Floor
Titusville, PA 16354


Toorak Capital Partners, LLC
15 Maple St.
Summit, NJ 07901

In re **1008 3rd Ave, LLC**   Case No.
Debtor(s)   Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **1008 3rd Ave, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 19, 2020**   /s/ **E. Vincent Wood**
Date   **E. Vincent Wood**
   Signature of Attorney or Litigant
   Counsel for **1008 3rd Ave, LLC**
   **The Law Offices of E. Vincent Wood**
   **1501 N. Broadway, Suite 261**
   **Walnut Creek, CA 94596**
   **(925) 278-6680 Fax:(925) 955-1655**
   **vince@woodbk.com**

## ACTION BY ALL MEMBERS OF
## 1008 3RD AVE, LLC,
## A WYOMING LIMITED LIABILITY COMPANY

### As of November 19, 2020

I, DARYL SIBBITT, certify that I am the Managing Member and President of the above-named Limited Liability Company organized under the laws of the State of Wyoming (the "Limited Liability Company"), and that the resolutions on this document are a correct copy of the resolution's property adopted in lieu of a meeting of the Limited Liability Company as provided in the Operating Agreement dated January 23, 2019.

RESOLVED that the Limited Liability Company is hereby authorized to file a petition for bankruptcy relief under Chapter 11 of the United States Bankruptcy Code in the Northern District of California;

RESOLVED further that the Limited Liability Company is hereby authorized to retain Law Offices of E. Vincent Wood to represent it as bankruptcy counsel in the bankruptcy case;

RESOLVED further that the Limited Liability Company is hereby authorized to retain such other professionals as may be necessary for services in the bankruptcy case; and

RESOLVED further that Daryl Sibbitt is hereby authorized (i) to sign whatever documents pleadings and retainer agreements as are necessary and appropriate to carry out these resolutions; and (ii) to act as the Limited Liability Company 'responsible individual" in the above referenced Chapter 11 case.

Dated: November 19, 2020

_____
Daryl Sibbitt, President